**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-7041**

―――――――――

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CLYDE GARCIA CROPP,

                              Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-95-16, CA-98-630-R)

―――――――――

Submitted:  December 22, 1999        Decided:  January 13, 2000

―――――――――

Before MURNAGHAN and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Clyde Garcia Cropp, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clyde Cropp appeals the district court's orders summarily dismissing ground one and granting summary judgment to the United States on ground two of his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability dismiss on the reasoning of the district court. See United States v. Cropp, Nos. CR-95-16; CA-98-630-R (W.D. Va. Oct. 19, 1998; July 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED